UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD STRONG,

Plaintiff,

v.

UNKNOWN MAILROOM STAFF,

Defendants.
_____________________________________/

Case Number 23-12500
Honorable David M. Lawson
Magistrate Judge Anthony P. Patti

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE CASE WITH PREJUDICE**

Presently before the Court is the report issued on July 1, 2026 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b) recommending that the Court dismiss the complaint with prejudice for failure to state a plausible claim for relief and as a sanction for failure to comply with orders of the Court. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 27) is **ADOPTED**, and the case in its entirety is **DISMISSED** with prejudice.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: August 5, 2026